**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE PEREZ, JR.,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.: 1:25-cv-00305-JLT-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S APPEAL, DENYING THE COMMISSIONER'S REQUEST TO AFFIRM, AND REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT<br>(Docs. 13, 16, 19) |

Jesse Perez Jr. seeks judicial review of the administrative decision denying Plaintiff's application for social security disability insurance benefits under Title II of the Social Security Act. (Doc. 1.)  The matter was fully briefed.  (Doc. 13, 16, 17.)  The magistrate judge entered Findings and Recommendations to direct entry of judgment in Plaintiff's favor and remand for further proceedings. (Doc. 19.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 19 at 12.)  The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Neither party filed objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. The

Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**.

1. The Findings and Recommendations (Doc. 19) are **ADOPTED** in full.

2. Plaintiff's Motion for Summary Judgment (Doc. 13) is **GRANTED.**

3. Defendant's cross-motion to affirm the administrative decision (Doc. 16) is **DENIED.**

4. This matter is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Court's Findings.

5. The Clerk of Court is **DIRECTED** to terminate all pending motions; to enter judgment in favor of Plaintiff and against Defendant; and to close this case.

IT IS SO ORDERED.

Dated:    **June 28, 2026**

UNITED STATES DISTRICT JUDGE

2