**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE PEREZ JR.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>Defendant. | Case No.: 1:25-cv-00305 JLT GSA<br>ORDER AWARDING ATTORNEY'S FEES, EXPENSES, AND COSTS PURSUANT TO 28 U.S.C. §§ 2412(d) AND 1920<br>(Doc. 22) |

Jesse Perez Jr. and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded $8,100.00 in fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $405.00 under 28 U.S.C. § 1920. (Doc. 22 at 1-2.)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and costs in the total amount of $8,505.00.

IT IS SO ORDERED.

Dated: September 28, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE